UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD, | No. 2:15-cv-2635 CKD P |
| Plaintiff, | |
| v. | ORDER |
| ANDREA BRYAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a request to proceed in forma pauperis or paid the required filing fee of $350.00 plus the $50.00 administrative fee. See 28 U.S.C. §§ 1914(a), 1915(a). Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

2. Plaintiff shall complete and return the application within thirty days or submit the $400.00 filing fee. Plaintiff need not have the "certificate" portion of the application filled out nor file a certified copy of his prison trust account statement as plaintiff has already done that.

/////

/////

/////

1

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  December 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
ford2635.3

2